

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Darian Christopher Lee Austin, Appellant

No. 06-24-00064-CR     v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 19F1099-202). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by replacing the phrase indicating that the revocation was based on the State's original motion with the following phrase: "Defendant violated the conditions of community supervision, as set out in the State's AMENDED Motion to Adjudicate Guilt." As modified, we affirm the judgment of the trial court.

We note that the appellant, Darian Christopher Lee Austin, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 25, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk